IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY MURRAY | : | CIVIL ACTION |
| vs. | : | |
| DANIEL C. BURNS, et al. | : | NO. 13-CV-1772 |

ORDER

AND NOW, this 14th day of October , 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley and the Petitioner's objections thereto (Document 21), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The petition for a writ of habeas corpus is DENIED; and
3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.